

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00897-CV

Lynn Noble **HAWTHORNE** a/k/a Lynn Hawthorne,
Appellant

v.

Jack **GUENTHER**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20197
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's summary judgment in favor of appellee is AFFIRMED.

It is ORDERED that appellee recover his costs of appeal from appellant.

SIGNED February 4, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice